UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3196**

Case Title: **American Electric Power Service Corp.** vs. **FERC**

List all clients you represent in this appeal:

> **Federal Energy Regulatory Commission**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☒ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Carol J. Banta**     Signature: s/ **Carol J. Banta**

Firm Name: **Federal Energy Regulatory Commission**

Business Address: **888 First Street, NE**

City/State/Zip: **Washington, DC  20426**

Telephone Number (Area Code): **(202) 502-6433**

Email Address: **Carol.Banta@ferc.gov**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---