UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3196**

Case Title: **American Electric Power Service Corp.** vs. **FERC**

List all clients you represent in this appeal:

**American Electric Power Service Corporation**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Matthew E. Price**   Signature: s/ **Matthew E. Price**

Firm Name: **Jenner & Block LLP**

Business Address: **1099 New York Ave., NW, Ste. 900**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **(202) 639-6873**

Email Address: **mprice@jenner.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.