# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| AMERICAN ELECTRIC POWER SERVICE CORPORATION, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) Case No. 23-3196 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) |
| Respondent. | ) ) |

## MOTION OF THE PUBLIC UTILITIES COMMISSION OF OHIO FOR LEAVE TO INTERVENE AS RESPONDENT

Pursuant to Federal Rule of Appellate Procedure 15(d), the Public Utilities Commission of Ohio (PUCO) timely moves for leave to intervene as a party respondent in the above-captioned proceeding. In this proceeding, Petitioner seeks review of the following orders issued by Respondent, the Federal Energy Regulatory Commission (FERC), entered in FERC Docket No. EL22-34:

1. *Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation, et al.*, Order on Complaint, 181 FERC ¶ 61,214 (December 15, 2022).

2. *Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation, et al.,* Notice of

1

Denial of Rehearing by Operation of Law and Providing for Further Consideration, 182 FERC ¶ 62,095 (February 17, 2023).

These orders were entered in a proceeding initiated by the Office of the Ohio Consumers' Counsel under Sections 206 and 306 of the Federal Power Act, 16 U.S.C. § 824d, §825e. As noted by Petitioner, this Petition is related to *Dayton Power & Light Co., et al. v. Federal Energy Regulatory Commission*, Case Nos. 21-4072 and 22-3351 (consol.), before this Court. PUCO's Office of the Federal Energy Advocate has moved to intervene in Case Nos. 21-4072 and 22-3351. In support of this motion, PUCO states that it was an intervenor in FERC Docket No. EL22-34. PUCO is a state agency with regulatory authority over public utilities, including electric distribution utilities.

The incentives at issue in this case directly impact the transmission rates of Ohio retail electric service consumers. The Court's decision in this proceeding will likewise have a direct impact on Ohio retail electric service consumers and transmission service in the state. Accordingly, PUCO has a direct and substantial interest in the outcome of this proceeding.

For the foregoing reasons, the PUCO respectfully requests leave to intervene.

Dated: April 6, 2023

Respectfully submitted,

**DAVE YOST**
Attorney General of Ohio

**JOHN H. JONES**
Section Chief


*/s/ Thomas G. Lindgren*
**THOMAS G. LINDGREN** (0039210)
Assistant Attorney General
Public Utilities Section
30 East Broad Street, 26th Floor
Columbus, OH  43215
614. 644.8768 (telephone)
866.419.2743 (fax)
Thomas.Lindgren@OhioAGO.gov

*Counsel for PUCO*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed R. App. P. 32 (f) and (g), I hereby certify that the foregoing motion complies with the limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 514 words, excluding exempted portions, according to the count of Microsoft Word.

I further certify that the motion complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared in 14-point font.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and Circuit Rule 25(f), I hereby certify that on April 6, 2023, I caused the foregoing motion to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.