UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: __23-3196__          Case Name: __Am. Elec. Power Serv. Corp. v. FERC__

Name of counsel: __Wendy N. Reed, Matthew J. Binette__

Pursuant to 6th Cir. R. 26.1, __Ameren Services Company__
                                        *Name of Party*
makes the following disclosure:

1.   Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. Ameren Services Company, as agent for Union Electric Company d/b/a Ameren Missouri, Ameren Illinois Company d/b/a Ameren Illinois, and Ameren Transmission Company of Illinois, and the companies for which it acts as agent are wholly owned subsidiaries of Ameren Corporation, a publicly owned corporation.

2.   Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. As parent company to Ameren Services Company, Ameren Corporation has a financial interest in the outcome of this proceeding. Various institutional investors may, from time-to-time and without the knowledge of the company, acquire more than 10%, but no more than 20%, of the outstanding common stock of various public utilities or public utility holding companies, including Ameren Corporation.  Some of those institutional investors may be publicly traded.  Such institutional investors have committed not to exercise control of those public utilities or public utility holding companies.  At this time, T. Rowe Price and the Vanguard Group (which is not publicly traded) each own more than 10% of the outstanding shares of Ameren Corporation.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196          Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, American Transmission Company LLC
*Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. American Transmission Company LLC is partially owned by affiliates of the following publicly traded companies: ALLETE, Inc.; Alliant Energy Corporation; MGE Energy, Inc.; and WEC Energy Group Inc.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. Each of the following publicly traded companies, as a partial owner of American Transmission Company LLC, has a financial interest in the outcome of this proceeding: ALLETE, Inc.; Alliant Energy Corporation; MGE Energy, Inc.; and WEC Energy Group Inc.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Wendy N. Reed

Wright & Talisman, P.C.

_____

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196            Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Cleco Power LLC
Name of Party

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    No.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

    No.

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196                Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Duke Energy Business Services, LLC for Duke Energy Indiana, LLC

*Name of Party*

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    > Yes. Duke Energy Business Services, LLC and Duke Energy Indiana Holdco, LLC are majority owned by Duke Energy Corporation, a publicly traded energy holding company. Duke Energy Indiana, LLC is majority owned by Duke Energy Indiana Holdco, LLC.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

    > Yes. Duke Energy Corporation, as indirect majority owner of Duke Energy Business Services, LLC and Duke Energy Indiana, LLC, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed

Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196 _____    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel:  Wendy N. Reed, Matthew J. Binette _____

Pursuant to 6th Cir. R. 26.1,  Entergy Arkansas, LLC _____
                                               *Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> Yes.  Entergy Arkansas, LLC is a subsidiary of Entergy Corporation.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> Yes.  Entergy Corporation, as parent company to Entergy Arkansas, LLC, has a financial
> interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed _____
Wright & Talisman, P.C. _____
_____

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel:  Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1,   Entergy Louisiana, LLC
                                *Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> Yes.  Entergy Louisiana, LLC is a subsidiary of Entergy Corporation.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> Yes.  Entergy Corporation, as parent company to Entergy Louisiana, LLC, has a financial
> interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Entergy Mississippi, LLC
*Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
identity of the parent corporation or affiliate and the relationship between it and the named
party:

> Yes.  Entergy Mississippi, LLC is a subsidiary of Entergy Corporation.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
in the outcome?  If yes, list the identity of such corporation and the nature of the financial
interest:

> Yes.  Entergy Corporation, as parent company to Entergy Mississippi, LLC, has a financial
> interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Entergy New Orleans, LLC
*Name of Party*

makes the following disclosure:

1.   Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
     identity of the parent corporation or affiliate and the relationship between it and the named
     party:

> Yes.  Entergy New Orleans, LLC is a subsidiary of Entergy Corporation.

2.   Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
     in the outcome?  If yes, list the identity of such corporation and the nature of the financial
     interest:

> Yes.   Entergy Corporation, as parent company to Entergy New Orleans, LLC, has a
> financial interest in the outcome of this proceeding.

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196          Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Entergy Texas, Inc.
*Name of Party*

makes the following disclosure:

1.      Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
        identity of the parent corporation or affiliate and the relationship between it and the named
        party:

> Yes.  Entergy Texas, Inc. is a subsidiary of Entergy Corporation.

2.      Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
        in the outcome?  If yes, list the identity of such corporation and the nature of the financial
        interest:

> Yes.  Entergy Corporation, as parent company to Entergy Texas, Inc., has a financial
> interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Indianapolis Power & Light Company
                                        *Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> Yes.  Indianapolis Power & Light Company is an indirect subsidiary of AES Corporation.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> Yes.  AES Corporation, as parent company to Indianapolis Power & Light Company, has
> a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed

Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196              Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, International Transmission Company d/b/a ITC*Transmission*

*Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> Yes. International Transmission Company d/b/a ITC*Transmission* is indirectly majority owned
> by Fortis Inc.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> Yes. Fortis Inc., as parent company to International Transmission Company d/b/a
> ITC*Transmission*, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed

Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196                     Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, ITC Midwest LLC
*Name of Party*

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. ITC Midwest LLC is indirectly majority owned by Fortis Inc.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. Fortis Inc., as parent company to ITC Midwest LLC, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196                Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Michigan Electric Transmission Company, LLC
*Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. Michigan Electric Transmission Company, LLC is indirectly majority owned by Fortis Inc.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. Fortis Inc., as parent company to Michigan Electric Transmission Company, LLC, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed

Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196           Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel:  Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1,  MidAmerican Energy Company
                                           *Name of Party*

makes the following disclosure:

1.      Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
        identity of the parent corporation or affiliate and the relationship between it and the named
        party:

> Yes. MidAmerican Energy Company is an indirect subsidiary of Berkshire Hathaway Energy
> Company, which is a consolidated subsidiary of Berkshire Hathaway Inc., a publicly owned
> corporation.

2.      Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
        in the outcome?  If yes, list the identity of such corporation and the nature of the financial
        interest:

> Yes. Berkshire Hathaway Inc., as indirect parent company to MidAmerican Energy
> Company, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Minnesota Power (and its subsidiary Superior Water, L&P)
                               *Name of Party*

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    Yes. Minnesota Power is an operating division of ALLETE, Inc., a publicly owned corporation.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

    Yes. ALLETE, Inc., as parent company to Minnesota Power, has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Montana-Dakota Utilities Co.
                                        *Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. Montana-Dakota Utilities Co. is a division of MDU Resources Group, Inc., a publicly owned corporation.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. MDU Resources Group, Inc., as parent company to Montana-Dakota Utilities Co., has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: __23-3196__          Case Name: __Am. Elec. Power Serv. Corp. v. FERC__

Name of counsel: __Wendy N. Reed, Matthew J. Binette__

Pursuant to 6th Cir. R. 26.1, __Northern Indiana Public Service Company LLC__
                                                     *Name of Party*

makes the following disclosure:

1.   Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> Yes. Northern Indiana Public Service Company LLC is a wholly owned subsidiary of NiSource
> Inc., a publicly owned corporation.

2.   Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> Yes. NiSource Inc., as parent company to Northern Indiana Public Service Company LLC,
> has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____April 7, 2023_____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/__Wendy N. Reed_____
__Wright & Talisman, P.C._____

_____

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196               Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel:  Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1,  Northern States Power Company
                                          *Name of Party*
makes the following disclosure:

1.     Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
       identity of the parent corporation or affiliate and the relationship between it and the named
       party:

> Yes. Northern States Power Company, a Minnesota corporation, and Northern States Power
> Company, a Wisconsin corporation, are wholly owned subsidiaries of Xcel Energy Inc., a
> publicly owned corporation.

2.     Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
       in the outcome?  If yes, list the identity of such corporation and the nature of the financial
       interest:

> Yes. Xcel Energy Inc., as parent company to Northern States Power Company, a
> Minnesota corporation, and Northern States Power Company, a Wisconsin corporation, has
> a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3196            Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel:  Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Northwestern Wisconsin Electric Company
                              *Name of Party*

makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> No.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?  If yes, list the identity of such corporation and the nature of the financial interest:

> No.

---

### CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196              Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Otter Tail Power Company
                                        *Name of Party*

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
    identity of the parent corporation or affiliate and the relationship between it and the named
    party:

> Yes. Otter Tail Power Company is a wholly owned subsidiary of Otter Tail Corporation, a
> publicly owned corporation.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
    in the outcome?  If yes, list the identity of such corporation and the nature of the financial
    interest:

> Yes. Otter Tail Corporation, as parent company to Otter Tail Power Company, has a
> financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Wendy N. Reed

Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: __23-3196__          Case Name: __Am. Elec. Power Serv. Corp. v. FERC__

Name of counsel: __Wendy N. Reed, Matthew J. Binette__

Pursuant to 6th Cir. R. 26.1, __Southern Indiana Gas & Electric Company (d/b/a CenterPoint Energy Indiana South)__
*Name of Party*

makes the following disclosure:

1.  Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes.  Southern Indiana Gas & Electric Company (d/b/a CenterPoint Energy Indiana South) is an indirect subsidiary of CenterPoint Energy, Inc.

2.  Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. CenterPoint Energy, Inc., as parent company to Southern Indiana Gas & Electric Company (d/b/a CenterPoint Energy Indiana South), has a financial interest in the outcome of this proceeding.

---

CERTIFICATE OF SERVICE

I certify that on _____April 7, 2023_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/__Wendy N. Reed_____
__Wright & Talisman, P.C._____
_____

---

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-3196                    Case Name: Am. Elec. Power Serv. Corp. v. FERC

Name of counsel: Wendy N. Reed, Matthew J. Binette

Pursuant to 6th Cir. R. 26.1, Wolverine Power Supply Cooperative, Inc.
                                        *Name of Party*
makes the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation?  If Yes, list below the
      identity of the parent corporation or affiliate and the relationship between it and the named
      party:

> No.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest
      in the outcome?  If yes, list the identity of such corporation and the nature of the financial
      interest:

> No.

---

CERTIFICATE OF SERVICE

I certify that on _____ April 7, 2023 _____ the foregoing document was served on all
parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not,
by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Wendy N. Reed
Wright & Talisman, P.C.

---

This statement is filed twice:  when the appeal is initially opened and later, in the principal briefs,
immediately preceding the table of contents.  See 6th Cir. R. 26.1 on page 2 of this form.