UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3196**

Case Title: **American Electric Power Service Corp.** vs. **FERC**

List all clients you represent in this appeal:

**Duke Energy Ohio, Inc.**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☐ Appellee         ☐ Respondent        ☑ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Matthew A. Fitzgerald**          Signature: s/ **Matthew A. Fitzgerald**

Firm Name: **McGuireWoods LLP**

Business Address: **Gateway Plaza, 800 East Canal Street**

City/State/Zip: **Richmond, VA 23219**

Telephone Number (Area Code): **(804) 775-4716**

Email Address: **mfitzgerald@mcguirewoods.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17