IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| American Electric Power Service Corporation, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Nos. 23-3196, 23-3324, 23-3366 and 23-3417 |
| Federal Energy Regulatory Commission, | ) ) | (consolidated with 21-4072 |
| Respondent. | ) | and 22-3351) |

**CERTIFIED INDEX TO THE RECORD**

Pursuant to the provisions of section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order on Complaint," 181 FERC ¶ 61,214, issued December 15, 2022, "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," 182 FERC ¶ 62,095, issued February 17, 2023, "Order Addressing Arguments Raised on Rehearing," 183 FERC ¶ 61,034, issued April 20, 2023 in *Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation, et al.*, FERC Docket No. EL22-34; and (2) the complete record upon which such orders were entered.

| Record Item No. | Description |
|---|---|

**Docket No. EL22-34**

| | |
|---|---|
| 1. | Filed By:  Office of the Ohio Consumers' Counsel<br>Filed Date:  02/24/2022<br>Accession No.:  20220224-5221<br>Description:  Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation, American Transmission Systems, Inc. and Duke Energy Ohio, LLC under EL22-34. |
| 2. | Issued By:  Secretary Of The Commission, FERC<br>Filed Date:  02/25/2022<br>Accession No.:  20220225-3075<br>Description:  Combined Notice of Filings #1, February 25, 2022: This notice contains information concerning multiple filings received by FERC. |
| 3. | Filed By:  Public Citizen, Inc.<br>Filed Date:  02/28/2022<br>Accession No.:  20220228-5004<br>Description:  Motion to Intervene of Public Citizen, Inc. under EL22-34. |
| 4. | Filed By:  Monitoring Analytics, LLC<br>Filed Date:  02/28/2022<br>Accession No.:  20220228-5124<br>Description:  Motion to Intervene of the Independent Market Monitor for PJM under EL22-34. |
| 5. | Filed By:  American Electric Power Service Corporation<br>Filed Date:  03/02/2022<br>Accession No.:  20220302-5080<br>Description:  Unopposed Motion of American Electric Power Service Corporation for Extension of Time and Waiver of Period for Responses under EL22-34. |

| Record Item No. | Description |
|---|---|
| 6. | Filed By:  Old Dominion Electric Cooperative<br>Filed Date:  03/07/2022<br>Accession No.:  20220307-5156<br>Description:  Motion to Intervene of Old Dominion Electric Cooperative under EL22-34-000. |
| 7. | Filed By:  WIRES<br>Filed Date:  03/08/2022<br>Accession No.:  20220308-5004<br>Description:  Motion to Intervene of WIRES under EL22-34. |
| 8. | Issued By:  Secretary Of The Commission, FERC<br>Filed Date:  03/08/2022<br>Accession No.:  20220308-3027<br>Description:  Notice Extending Comment Period re Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation, et al. under EL22-34. |
| 9. | Filed By: Edison Electric Institute<br>Filed Date:  03/11/2022<br>Accession No.:  20220311-5080<br>Description:  Motion to Intervene of the Edison Electric Institute under EL22-34. |
| 10. | Filed By:  American Municipal Power, Inc.<br>Filed Date:  03/16/2022<br>Accession No.:  20220316-5028<br>Description:  Motion to Intervene of American Municipal Power, Inc. under EL22-34. |
| 11. | Filed By:  Louisiana Public Service Commission<br>Filed Date:  03/16/2022<br>Accession No.:  20220316-5129<br>Description:  Motion to Intervene of the Louisiana Public Service Commission under EL22-34. |

| **Record Item No.** | **Description** |
|---|---|
| 12. | Filed By:  Xcel Energy Services Inc.<br>Filed Date:  03/16/2022<br>Accession No.:  20220316-5130<br>Description:  Motion to Intervene of Xcel Energy Services Inc. under EL22-34. |
| 13. | Filed By:  Industrial Energy Users – Ohio<br>Filed Date:  03/16/2022<br>Accession No.:  20220316-5119<br>Description:  Motion to Intervene of Industrial Energy Users - Ohio under EL22-34. |
| 14. | Filed By: Public Utilities Commission of Ohio<br>Filed Date:  03/23/2022<br>Accession No.:  20220323-5005<br>Description:  Motion to Intervene of Public Utilities Commission of Ohio under EL22-34. |
| 15. | Filed By: Pennsylvania Public Utility Commission<br>Filed Date:  03/24/2022<br>Accession No.:  20220324-5114<br>Description:  Motion to Intervene of the Pennsylvania Public Utility Commission under EL22-34. |
| 16. | Filed By: American Electric Power Service Corporation<br>Filed Date:  03/28/2022<br>Accession No.:  20220328-5290<br>Description:  Motion of American Electric Power Service Corporation to Dismiss February 24, 2022 Compliant filed by the Office of Ohio Consumers' Counsel under EL22-34. |
| 17. | Filed By:  WIRES<br>Filed Date:  03/30/2022<br>Accession No.:  20220330-5101<br>Description:  Comment of WIRES in Response to the Complaint filed by the Office of the Ohio Consumers' Counsel under EL22-34. |

| Record Item No. | Description |
|---|---|
| 18. | Filed By:  MISO Transmission Owners<br>Filed Date:  03/30/2022<br>Accession No.:  20220330-5108<br>Description:  Motion to Intervene of MISO Transmission Owners under EL22-34. |
| 19. | Filed By:  American Electric Power Service Corporation<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5528<br>Description:  Answer to Complaint of American Electric Power Service Corporation under EL22-34. |
| 20. | Filed By: Duke Energy Ohio, Inc.<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5529<br>Description:  Answer to Complaint of Duke Energy Ohio, Inc. under EL22-34. |
| 21. | Filed By: Industrial Energy Users-Ohio<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5338<br>Description:  Comments of Industrial Energy Users-Ohio under EL22-34. |
| 22. | Filed By:  American Public Power Association<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5159<br>Description:  Motion to Intervene of American Public Power Association under EL22-34. |
| 23. | Filed By:  American Transmission Systems, Inc.<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5533<br>Description:  Motion to Dismiss and Answer to Complaint of American Transmission Systems, Inc. under EL22-34. |

| Record Item No. | Description |
|---|---|
| 24. | Filed By:  PJM Interconnection, L.L.C.<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5543<br>Description:  Comments of PJM Interconnection, L.L.C. under EL22-34. |
| 25. | Filed By:  Edison Electric Institute<br>Filed Date: 03/31/2022<br>Accession No.:  20220331-5548<br>Description:  Comments of the Edison Electric Institute under EL22-34. |
| 26. | Filed By:  Northeast Ohio Public Energy Council<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5403<br>Description:  Motion to Intervene and Comments of Northeast Ohio Public Energy Council regarding complaint against American Electric Power Service Corporation et al. under EL22-34. |
| 27. | Filed By:  Buckeye Power, Inc.<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5363<br>Description:  Motion to Intervene and Comments in Support of Complaint of Buckeye Power, Inc. under EL22-34. |
| 28. | Filed By:  Public Utilities Commission of Ohio<br>Filed Date:  03/31/2022<br>Accession No.:  20220331-5273<br>Description:  Comments of Public Utilities Commission of Ohio under EL22-34. |

| Record Item No. | Description |
| --- | --- |
| 29. | Filed By: Ohio Consumers' Counsel<br>Filed Date: 04/12/2022<br>Accession No.: 20220412-5236<br>Description: Answer of the Office of Ohio Consumers' Council to American Electric Power Service Corporation's Motion to Dismiss the Complaint to Protect Ohio Consumers from Unnecessary Charges under EL22-34. |
| 30. | Filed By: Buckeye Power, Inc.<br>Filed Date: 04/12/2022<br>Accession No.: 20220412-5216<br>Description: Answer of Buckeye Power, Inc. to the Motion to Dismiss of American Electric Power Service Corporation under EL22-34. |
| 31. | Filed By: Buckeye Power, Inc.<br>Filed Date: 04/15/2022<br>Accession No.: 20220415-5229<br>Description: Motion for Leave to Answer and Answer of Buckeye Power, Inc. to American Electric Power Service Corporation, et al.'s March 31, 2020 Opposition to the Complaint under EL22-34. |
| 32. | Filed By: Ohio Consumers' Counsel<br>Filed Date: 04/15/2022<br>Accession No.: 20220415-5243<br>Description: Answer of Ohio Consumers' Counsel to Answer of American Electric Power Service Corporation, et al. and Answer to Motion to Dismiss the Complaint by American Transmission Systems, Inc. to Protect Ohio Consumers from Unnecessary Charges under EL22-34. |
| 33. | Filed By: The Office of the Ohio Consumers' Counsel<br>Filed Date: 04/18/2022<br>Accession No.: 20220418-5473<br>Description: Motion for Leave to Accept Answer of The Office of the Ohio Consumers' Counsel under EL22-34. |

| Record Item No. | Description |
| --- | --- |
| 34. | Filed By:  American Transmission Systems, Inc.<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5404<br>Description:  Motion to Leave to Answer and Answer and Response of American Transmission Systems, Inc. to Answers filed by Office of the Ohio Consumers' Counsel et al. on April 15, 2022 under EL22-34. |
| 35. | Filed By:  American Electric Power Service Corporation<br>Filed Date:  05/02/2022<br>Accession No.:  20220502-5353<br>Description:  Motion for Leave to Answer and Answer of American Electric Power Service Corporation under EL22-34. |
| 36. | Filed By:  Buckeye Power, Inc.<br>Filed Date:  05/13/2022<br>Accession No.:  20220513-5148<br>Description:  Motion for Leave to Answer and Answer of Buckeye Power, Inc. to ATSI and AEP Answers under EL22-34. |
| 37. | Filed By:  Pennsylvania Public Utility Commission<br>Filed Date:  08/01/2022<br>Accession No.:  20220801-5104<br>Description:  Request to Update Information of the Pennsylvania Public Utility Commission under AD16-16, et al. |
| 38. | Filed By: Jenner & Block LLP<br>Filed Date:  10/14/2022<br>Accession No.:  20221014-5056<br>Description:  Jenner & Block LLP submits Request to Update Service List under EL22-34, et al. |

| Record Item No. | Description |
| --- | --- |
| 39. | Issued By: Secretary Of The Commission, FERC, Commissioners And Immediate Staff (The Commission)<br>Filed Date: 12/15/2022<br>Accession No.: 20221215-3089<br>Description: Order on Complaint re Office of the Ohio Consumers' Counsel v. American Electric Power etc. et al. under EL22-34. Commissioner Danly is concurring in part and dissenting in part with a separate statement attached. Commissioner Christie is concurring etc. |
| 40. | Filed By: American Electric Power Service Corporation<br>Filed Date: 01/17/2023<br>Accession No.: 20230117-5236<br>Description: American Electric Power Service Corporation submits Request for Rehearing of the December 15, 2022 Order under EL22-34. |
| 41. | Filed By: Ohio Consumers' Counsel<br>Filed Date: 01/17/2023<br>Accession No.: 20230117-5304<br>Description: Ohio Consumers' Counsel submits Request for Rehearing of the December 15, 2022 Order under EL22-34. |
| 42. | Filed By: American Transmission Systems, Inc.<br>Filed Date: 02/01/2023<br>Accession No.: 20230201-5217<br>Description: Motion for Leave to Answer and Proposed Answer of American Transmission Systems, Inc. to the Request for Rehearing of Office of Ohio Consumer's Counsel under EL22-34. |
| 43. | Filed By: Office of Ohio Consumers' Counsel<br>Filed Date: 02/01/2023<br>Accession No.: 20230201-5238<br>Description: Motion for Leave to Answer and Answer of Office of the Ohio Consumer's Counsel re Safeguarding Consumer Rate Refunds and Request for Rehearing of American Electric Power Service Corporation under EL22-34. |

| Record Item No. | Description |
|---|---|
| 44. | Filed By:  American Transmission Systems, Incorporated<br>Filed Date:  02/01/2023<br>Accession No.:  20230201-5103<br>Description:  Notice of Entry of Appearance and Request to Update Service List of American Transmission Systems, Incorporated under EL22-34. |
| 45. | Filed By:  American Electric Power Service Corporation<br>Filed Date:  02/13/2023<br>Accession No.:  20230213-5204<br>Description:  American Electric Power Service Corporation submits a Refund Report in Compliance with Order Issued December 15, 2022, under ER22-34. |
| 46. | Issued By:  Secretary Of The Commission, FERC<br>Filed Date:  02/17/2023<br>Accession No.:  20230217-3010<br>Description:  Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration re Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation et al. under EL22-34. |
| 47. | Filed By:  The Office of the Ohio Consumers' Counsel<br>Filed Date:  04/18/2023<br>Accession No.:  20230418-5152<br>Description:  Petition for Review filed in U.S. Court of Appeals for the Sixth Circuit of the Office of the Ohio Consumers' Counsel, et al. under EL22-34 (Case No. 23-3324). |
| 48. | Issued By:  Secretary Of The Commission, FERC, Commissioners And Immediate Staff (The Commission)<br>Filed Date:  04/20/2023<br>Accession No.:  20230420-3071<br>Description:  Order Accepting Compliance Filing re Ohio Power Company et al. v. American Electric Power Service Corporation et al. under ER23-855 et al. |

| Record Item No. | Description |
|---|---|
| 49. | Issued By: Secretary Of The Commission, FERC, Commissioners And Immediate Staff (The Commission)<br>Filed Date: 04/20/2023<br>Accession No.: 20230420-3096<br>Description: Order Addressing Arguments Raised on Rehearing re Office of the Ohio Consumers' Counsel v. American Electric Power Service Corporation et al. under EL22-34. Commissioner Danly is concurring in part and dissenting in part with a separate statement attached. |

    In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 14th day of July, 2023, at Washington, DC.

/s/ *Kimberly D. Bose*
Kimberly D. Bose,
Secretary.

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and Circuit Rule 25, I hereby certify that on the 14th day of July 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Carol J. Banta
Carol J. Banta
Senior Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6433
Email:  carol.banta@ferc.gov